No. 73–808.   MILLER *v.* BROWN ET AL., 414 U. S. 1158;

No. 73–559.   HECK'S, INC. *v.* FOOD STORE EMPLOYEES UNION, LOCAL 347, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO, 414 U. S. 1069; and

No. 73–5675.   TARLTON *v.* TEXAS, 414 U. S. 1150.   Petitions for rehearing denied.

MARCH 7, 1974

No. 73–980.   MOORE *v.* UNITED STATES.   C. A. 7th Cir.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

MARCH 8, 1974

No. 73–6217.   McDONALD *v.* TENNESSEE ET AL.   C. A. 6th Cir.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.